**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LOU PATTON-BEY,** | ) | |
|     **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 11-00397-KD-C** |
| | ) | |
| **CAROL LITTLE,** *et al.*, | ) | |
|     **Respondents.** | ) | |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 16, 2011 is hereby **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that this action is **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the **13**th day of **October 2011.**

                           /s/ Kristi K. DuBose
                           **KRISTI K. DuBOSE**
                           **UNITED STATES DISTRICT JUDGE**