IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LOU PATTON-BEY, | ) |
|     Petitioner, | ) |
| | ) |
| v. | )    CIVIL ACTION NO. 11-00397-KD-C |
| | ) |
| CAROL LITTLE, *et al.*, | ) |
|     Respondents. | ) |

### JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that this action is **DISMISSED WITHOUT PREJUDICE** in accordance with Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and abide by this Court's orders dated July 28, 2011 and August 10, 2011.

**DONE** and **ORDERED** this the **13**<sup>th</sup> day of **October 2011.**

                                            /s/ Kristi K. DuBose
                                            **KRISTI K. DuBOSE**
                                            **UNITED STATES DISTRICT JUDGE**